# EXHIBIT 1

## IN THE CHANCERY COURT OF SHELBY COUNTY, TENNESSEE
## FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

5G CORPORATION, INC. and
AMELIA VAUGHN,

    Plaintiff,

VS.

No. CH-21-0504   Part 11

SPRINT COMMUNICATIONS COMPANY, L.P.,
APPLE, INC., GOOGLE, LLC,
MICROSOFT CORPORATION, and
FACEBOOK PAYMENTS, INC.,

    Defendants.



SHELBY COUNTY
CHANCERY COURT
APR 16 2021
W. AARON HALL, C & M
TIME:_____ BY:_____

## COMPLAINT FOR INVASION OF PRIVACY, CONVERSION AND MISUSE OF PERSONAL PROPERTY, AND FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, ASSAULT, CIVIL RIGHTS VIOLATIONS

## AND RACIAL DISCRIMINATION, AND VIOLATION OF THE SHERMAN ANTITRUST ACT

TO THE HONORABLE CHANCELLORS OF SHELBY COUNTY, TENNESSEE FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS:

COME NOW your Plaintiffs, 5G Corporation, Inc. and Amelia Vaughn, to bring this complaint for relief, and in support thereof the following would be shown:

1. Plaintiff 5G Corporation, Inc. is a Tennessee corporation that was formed in 2005 and which at all relevant times suggested or identified in this complaint was a valid Tennessee corporation. It has been engaged in a variety of businesses over the years, but as is relevant to the allegations of this complaint, has been engaged in technology acquisition and distribution. This action is commenced as a result of actions and events related to each and every Defendant and the Plaintiff, Individually,

and her business, 5 G Corporation with respect to 5 G technology. A principal and moving party of this corporate entity is Amelia Vaughn a Shelby County resident.

2. Amelia Vaughn is a Tennessee resident who resides in Shelby County, Tennessee and has done so at all relevant times as are alleged in this petition. While she has her own interests and talents, she has been materially involved with 5G Corporation, Inc. Without exception she would allege that the acts identified in this complaint were not only directed at the corporate Defendant above-named, but also her individually.

3. Defendant Sprint Communications Company, L.P. is a limited partnership authorized to do business in the State of Tennessee. Its agent for service of process is The Prentice-Hall Corporation System, Inc., 2908 Poston Avenue, Nashville, Tennessee, 37203-1312. As is especially relevant to the allegations of this complaint it was the cellular service provider for the Plaintiff and her family during such times and she and her family had data crashes on phones that could not be retrieved. These are alleged to have occurred in 2018. All of these crashes included trade secret information and 5 G technology.

4. Defendant Apple, Inc. is a corporation authorized to do business in Tennessee. Its agent for service of process is CT Corporation System, 300 Montvue Road, Knoxville, Tennessee, 37919-5546. As is relevant to the allegations of this complaint it was the manufacturer of smart phone devices possessed and operated by Plaintiff and her family under the Sprint Network. They are sued because of the unreasonable responses that they gave about the retrieval and location of the Plaintiff's data and 5G corporate data that either could not be retrieved or was

2

identified as beyond retrieval. The materials that could not be retrieved were especially relevant to this complaint in that much of the information involved trade secrets and 5 G technology.

5. Defendant Google, LLC is a limited liability company authorized to conduct business in the State of Tennessee. Its agent for service of process is Corporation Service Company, 2908 Poston Avenue, Nashville, Tennessee, 37203-1312. It is sued, upon information and belief, for its participation in the data breach, loss, and dissemination of personal information of the Plaintiff, and also for a pattern of harassment that began shortly after the data wipe from the smart phones of the Plaintiff and her family. At one point in time an individual who has represented himself publicly as a "Google Ambassador" became the same person who developed a deodorant formula which was or is substantially the same as the Plaintiff's formula, and is in direct computation with the Plaintiff's formula. It is self-evident that this Defendant had access and obtained data from the breach in 2018 or before in which the trade secrets of the Plaintiff were shared or obtained, particularly as respect to the deodorant and 5 G technology.

6. Microsoft Corporation is a foreign corporation authorized to do business in the State of Tennessee. Its agent for service of process is Corporation Service Company, 2908 Poston Avenue, Nashville, Tennessee, 37203. This corporation is sued here as the owner, operator, and parent company of "LinkedIn" a corporation which had an online listing for 5G Corporation. It is alleged, upon information and belief, that it has acted in concert with the other defendants to injure the plaintiffs. It has refused to display logo or other information of the Plaintiff online, and has

3

presented the Plaintiff's business listing in such a way as statements, materials, and information frequently appear and disappear for little or no reason.

7.. Facebook Payments Corporation is a foreign corporation authorized to do business in the State of Tennessee. Its agent for service of process is Corporation Service Company, 2908 Poston Avenue, Nashville, Tennessee, 37203. It is sued here for refusing or declining to accept advertising for 5G Corporation, Inc. It is alleged, upon information and belief, that it has acted in concert with the other defendants to injure the plaintiffs and prevent them from marketing or advertising the available 5 G technology which it has as its trade secret.

8. The basic factual allegations are as follows:

A) Prior to and during 2018 the Plaintiffs had contracts on smart phones with the Defendant Sprint Communications Company, LP.

B) On those phones existed not only vast personal medical and private information, but also engineering and 5 G research information and technology data related to the Plaintiff's own design and implementation for a cell phone network at very high speeds. The Plaintiffs also had proprietary information about deodorant, sports powder, cosmetics, and skin care formula that the Plaintiff was intending to sell and market.

C) Plaintiff and her family were I-phone customers utilizing I-phones designed and sold by Apple, Inc.

D) Over a period of time (and as recently as 2018) the individual Plaintiff and her family had numerous cell phone crashes on phones which resulted in the loss of all data contained on at least two respective phones. As stated earlier, the phones

4

contained vast personal information and 5 G technology information that was

proprietary to the Plaintiff herself and the corporate Plaintiff. Almost immediately

after Plaintiffs sought to retrieve or find the missing data and information. Plaintiff's

were advised in 2018 that either the information was lost, could not be retrieved, or

would require the pre-payment of thousands of dollars in expenses to be recreated or

recaptured.

E) Plaintiffs still have access to the 5 G technology information wiped or lost

and they can use such to this day and it is proprietary to them. However,

circumstantial evidence suggests that the 5 G technology was converted to the

Defendants use because of Plaintiff's name, 5G Corporation, Inc., and because the

data obtained indicated a new 5 G technology that could operate in competition with

all Defendants.

F. Beginning in 2015 the Defendants began flooding the Plaintiff's online

presence with inquiries.

G. Beginning in 2018 the Plaintiffs began to receive racial threats and

intimidation by e-mails that had an address that seemingly did not exist and could be

verified.

H. Prior to 2018 a former representative of Google, Inc. began to market

heavily and openly sell a strikingly similar product, a deodorant formula, that was

also part of the data breach in 2018 or times earlier.

I. At some time prior to 2018 Plaintiffs allege that every phone Plaintiff's have

accessed, used, or kept data upon have had indicia that such were being spied upon by

Defendants. It is believed upon information and belief that such Defendants were

working directly or on behalf of the each other.  Plaintiff and her individual family have had medical records, photographs, data, information, and 5 G technology trade secrets to appear and disappear with no explanation, along with conversations and text messages.

J.  During the factual events and timeline which is described above in December 2019 the Plaintiff sent certified letters to government officials and the Defendants complaining of uncompetitive behavior of the Defendants and the fact that her business had been focused upon.  She received no response.  The letters were sent to the Judiciary Committee, the Honorable Jerold Nader, and the office of the Attorney General in Texas, Ken Paxton, to  Letitia James with the Attorney General's office in New York, and to the Honorable Judge Amity Mehta, with copies sent to all or most of the Defendants here.  Plaintiff was concerned, among other things, that she was being discriminated against on account of her race, African-American, and prohibited from doing business in the legal name of the corporation 5 G Inc. and utilizing the 5 G technology that is at her disposal.

K.  Plaintiff admits that she does not disclose her 5 G Technology in the four corners of this lawsuit.  However, she and her company would be willing to share this information *in camera* or as directed by the court.  Plaintiffs allege that the technology that is unique to them is safe for the environment and uses less power and infrastructure than currently existing networks and is generally safe to the public.

9.  Plaintiffs would allege that the Defendants have converted or stolen her data for their own use and benefit.  As to each Defendant it is alleged the plaintiff's ownership or the right to possess data upon the phones has been impaired.  Further,

that the defendant's conversion of such data has been by wrongful acts inconsistent with the property rights of the plaintiffs.   And further, damages flow from the loss of use of the data or misappropriation. It is also alleged that the Defendants committed conversion by unreasonably withholding possession from Plaintiffs.

10.   It is additionally alleged that the Defendants have committed an invasion of privacy that violates Tennessee law which provides as follows:

**39-13-607. Observation without consent.**

**(a)** It is an offense for a person to knowingly spy upon, observe or otherwise view an individual, when the individual is in a place where there is a reasonable expectation of privacy, without the prior effective consent of the individual, if the viewing:

   **(1)** Would offend or embarrass an ordinary person if the person knew the person was being viewed; and

   **(2)** Was for the purpose of sexual arousal or gratification of the defendant.

**(b)** It is not a defense to a violation of this section that the defendant was lawfully on the premises where the offense occurred.

**(c)** If the person being viewed is a minor, this section is violated regardless of whether the minor or the minor's parent or guardian consented to the viewing.

**(d)** A violation of this section is a Class A misdemeanor.

11. It is further and additionally alleged that the Defendants have acted to seize and utilize the Plaintiffs' data such that they have committed an intentional infliction of emotional distress. All of the Defendants' conduct was (1) intentional or reckless, (2) so outrageous that it is not tolerated by civilized society, **and** (3) resulted in serious mental injury to the plaintiff Amelia Johnson and family.

12. It is alleged that the collective conduct of the Defendants has assaulted the Plaintiff Amelia Vaughn and her family, has left her with no peace of mind, and fearful that her every move online or by cell phone is being watched, preyed upon, and/or downloaded and/or uploaded.

13. It is the alleged that the collective conduct of the Defendants discriminated against the Plaintiff on account of her race, which she alleges was determined by the Defendants when they appropriated her "lost data" from her phone. In furtherance of this discrimination the Defendants have refused or declined to allow the Plaintiffs advertising and/or marketing opportunities, have refused or declined to show her logo on their controlled websites, and have refused or determined to keep her out of business and from competing with the Defendants. Plaintiffs have been locked out of traditional technology pathways and Defendants have blocked and

8

locked her out of commercially participating in her 5 G technology.  Plaintiff avers

that her civil rights have been violated pursuant to 42 USC 1981 which guarantees her

civil rights and she has been racially discriminated against..  Plaintiff, upon

information and belief, would add that she is one of the few if not the only 100%

African-American owned company that is attempting to deal with this 5 G

technology.  It is hard within the confines of this complaint to know what information

specifically has been shared or linked to the various defendants and when, however, it

is abundantly clear that all have undertaken independent facts which present a chill on

the Plaintiffs and the ability to bring this 5 G technology to market.  It is specifically

alleged, upon information and belief, that all of these defendants have shared data

concerning the Plaintiffs.  Through accessing the data all of these defendants know or

are aware that the Plaintiff is African-American and that her company is a minority

owned and operated company.

14.  In addition, all of these before-described actions  have been in violation

of the Sherman Antitrust Act.  Plaintiffs  specifically alleges a claim under Section 1 of

the Sherman Act.       First, it is expressly alleged that the Plaintiffs directly or implicitly

had contracts with Defendants for telecommunications service, Internet service or

presence, and for the ability to transmit and disseminate information for a profit.

Plaintiffs gave no one permission to share or transfer the data.  As a result, Plaintiffs had

9

a contract with all Defendants implicitly or explicitly, or existed in a world in which ever-changing "terms of service" never allowed data to be shared to restrict or prohibit competition . Plaintiffs also allege that the Defendants have acted in combination or conspiracy in that the only plausible and logical explanation for wrongs detailed herein are actions that arise from the theft, conversion, and/or the dissemination of her 5 G technology information and business information.  Third, that the defendants' collective conduct has restrained her trade, ability to act, and ability to advertise.  As such, she has been prevented from taking a place under any business model for her business name "5 G Incorporated."   And finally, that the individual and collective conduct that is described. above has prevented her from making a profit with her 5 g technology, ideas, and data, and she has had a catastrophic loss in business and opportunities.  This applies equally to her as well as to her company.

15.  Plaintiffs would submit that they also requested a permit for the use of the 5G information and technology and the application was deemed to be unacceptable and "incomplete."  Plaintiff alleges that the FCC has become a safeguard and protector of the Defendants and their monopoly whether it realizes it or not.

**WHEREFORE, PREMISES CONSIDERED, PLAINTIFF PRAYS:**

1. That each Defendant be served with a copy of this Complaint and that it be required to answer or suffer a judgment by default;

2. For a permanent injunction to prevent and prohibit the Defendants from harassing the Plaintiff or distributing, sharing, and or using her existing technology.

3. For compensatory damages in an amount that cannot be specified at this time and cannot be determined until full discovery and an investigation has occurred.

4. For the right to amend complaint as new information becomes available.

5. For an award of reasonable attorney's fees and court costs for having to bring this action.

6. For a **jury trial** as to all issue that may be determined by a jury.

7. For such further and other relief to which the Plaintiff may be entitled.

RESPECTFULLY SUBMITTED,

Ted I. Jones, TN BPR #11017
Attorney at Law
JONES & GARRETT, Professional Association
2670 Union Avenue Extended, Suite 1200
Memphis, Tennessee 38112
(901) 526-4249 phone
(901) 525-4312 fax
(901) 568-2292, cell
Attorney for the Plaintiff

**THIS IS THE FIRST APPLICATION FOR EXTRAORDINARY RELIEF IN THIS CAUSE**

| STATE OF TENNESSEE 30th JUDICIAL DISTRICT CHANCERY COURT | SUMMONS** | DOCKET NUMBER CH- 21-0504-2 |
| --- | --- | --- |

| Plaintiff | Defendant |
| --- | --- |
| 5 G Corporation, Inc., et al. | Sprint Communications Company, LP et al |

TO:    (NAME AND ADDRESS OF DEFENDANT)

Apple, Inc.,

Serve:  C T Corporation System

300 Montvue Road

Knoxville, TN  37919

Method of Service:

☐ Shelby County Sheriff
☐ Private Process Server
☑ Out of County Sheriff*
☐ Secretary of State*
☐ Comm. Of Insurance*
☐ Certified Mail
☐ Other
　　*Attach Required Fees

You are summoned to defend a civil action filed against you in the Chancery Court of Shelby County, Tennessee. Your defense to this action must be made within thirty (30) days from the date this summons is served upon you. You must file your defense with the Clerk of the Court and send a copy to the Plaintiff/Plaintiff's attorney at the address listed below. If you fail to defend this action within thirty (30) days of service, judgment by default may be rendered against you for the relief sought in the complaint. Questions regarding this summons and the attached documents should be addressed to the Attorney/Plaintiff listed below.

| Attorney for Plaintiff or Plaintiff if filing Pro Se: (Name, address & telephone number) | ISSUED 16 of April, 20 21 |
| --- | --- |
| Ted I Jones 11017 | W. Aaron Hall, Clerk and Master |
| 2670 Union Avenue Extended | |
| Suite 1200 | By: |
| Memphis, TN  38112 9015682292 | Deputy Clerk & Master |
| | 140 Adams, Room 308  •  Memphis, TN 38103 |

| TO THE SHERIFF: | Came to hand |
| --- | --- |
| _____ | _____day of_____ ;20 ____ |
| _____ | Sheriff |

| CERTIFICATION (IF APPLICABLE) | |
| --- | --- |
| I, W. Aaron Hall, Clerk & Master of the Chancery Court in the State of Tennessee, Shelby County, do certify this to be a true and correct copy of the original summons issued in this case. | W. Aaron Hall, Clerk & Master By: _____ D. C. & M. |

**Submit one original and one copy for each defendant to be served.

If you need accommodations because of a **disability**, please call the ADA Coordinator at ( 901)222-2357.
For questions regarding scheduling or filing, please contact the court.

Notice of Personal Property Exemption:
　TO THE DEFENDANT(S):
　　　　Tennessee law provides a ten thousand dollar ($10,000.00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state docket number on list.

## RETURN OF SERVICE OF SUMMONS

I hereby certify that I **HAVE** served the within summons:

By delivering on the_____day of_____ APR 2 6 2021 ,20____at REFUSED _____am/pm a copy of the

summons and a copy of the Complaint to the following Defendant _____ TO SIGN _____

at _____ Apple Inc _____

_____ M. Baird øꝑʃʒ 7(/>ʋ _____
By: _____

Signature of person accepting service _____ Sheriff or other authorized person to serve process

## RETURN OF NON-SERVICE OF SUMMONS

I hereby certify that I **HAVE NOT** served the within summons:

To the named defendant_____because _____

is (are) not to be found in this county after diligent search and inquiry for the following reason(s):_____

This_____day of_____, 20 _____

By: Sheriff or other authorized person to serve process

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify and return that on the_____day of_____, 20_____, I sent, postage prepaid, by registered return receipt

mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in case CH-_____to the

defendant_____. On the_____day of_____, 20_____, I

received the return receipt, which had been signed by_____on the_____ day of _____,

20_____. The return receipt is attached to this original summons to be filed by the Chancery Court Clerk & Master.

| | |
|---|---|
| Sworn to and subscribed before me on this_____day of _____ , 20_____ . | Signature of Plaintiff, Plaintiff's attorney or other person authorized by statute to serve process. |
| Signature of_____Notary Public or_____ Deputy Court Clerk: _____ | |
| My Commission Expires: | |

ATTACH RETURN

RECEIPT HERE

(IF APPLICABLE)

Out-Of-County 4/26/21
Rec'd Date

| STATE OF TENNESSEE 30th JUDICIAL DISTRICT CHANCERY COURT | **SUMMONS**\*\* 79 → | DOCKET NUMBER CH-21-0504-2 |
|---|---|---|

| Plaintiff | Defendant |
|---|---|
| 5 G Corporation, Inc., et al. | Sprint Communications Company, LP et al |

TO   (NAME AND ADDRESS OF DEFENDANT)

Sprint Communications Company LP

Serve: The Prentice-Hall Corporation

System, Inc.

2908 Poston Avenue

Nashville, TN 37203

RECEIVED MAY - 4 2021 CHANCERY COURT

Method of Service
- ☐ Shelby County Sheriff
- ☐ Private Process Server
- ☑ Out of County Sheriff\*
- ☐ Secretary of State\*
- ☐ Comm Of Insurance\*
- ☐ Certified Mail
- ☐ Other
  \*Attach Required Fees

You are summoned to defend a civil action filed against you in the Chancery Court of Shelby County, Tennessee. Your defense to this action must be made within thirty (30) days from the date this summons is served upon you. You must file your defense with the Clerk of the Court and send a copy to the Plaintiff/Plaintiff's attorney at the address listed below. If you fail to defend this action within thirty (30) days of service, judgment by default may be rendered against you for the relief sought in the complaint. Questions regarding this summons and the attached documents should be addressed to the Attorney/Plaintiff listed below

Attorney for Plaintiff or Plaintiff if filing Pro Se (Name, address & telephone number)

Ted I Jones 11017

2670 Union Avenue Extended

Suite 1200

Memphis, TN 38112 9015682292

ISSUED 16 of April , 20 21

W. Aaron Hall, Clerk and Master

By _____ Deputy Clerk & Master

140 Adams, Room 308   Memphis, TN 38103

| TO THE SHERIFF | Came to hand ____ day of____ 20___ |
|---|---|
|  | Sheriff |

**CERTIFICATION (IF APPLICABLE)**

I, W Aaron Hall, Clerk & Master of the Chancery Court in the State of Tennessee, Shelby County, do certify this to be a true and correct copy of the original summons issued in this case

W Aaron Hall, Clerk & Master
By _____
D.C & M.

\*\*Submit one original and one copy for each defendant to be served

♿ If you need accommodations because of a **disability**, please call the ADA Coordinator at ( 901)222-2357.
For questions regarding scheduling or filing, please contact the court.

Notice of Personal Property Exemption
TO THE DEFENDANT(S)

Tennessee law provides a ten thousand dollar ($10,000 00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed, these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state docket number on list

## RETURN OF SERVICE OF SUMMONS

I hereby certify that I **HAVE** served the within summons

By delivering on the _____ day of _____ 4-27-21 20 ____ at ____ 6'55 ____ (am/pm a copy of the

summons and a copy of the Complaint to the following Defendant

~~Served~~          Deonza Cato-Mathews

at _____ ~~Corporation Service Company~~     Davidson County Sheriff's Office

                                          By: _____ P.O. Box 196383 Nashville, TN 372

_____

Signature of person accepting service                  Sheriff or other authorized person to serve process

## RETURN OF NON-SERVICE OF SUMMONS

I hereby certify that I **HAVE NOT** served the within summons

To the named defendant _____ because _____

is (are) not to be found in this county after diligent search and inquiry for the following reason(s). _____

This _____ day of _____ , 20 _____

                         By: Sheriff or other authorized person to serve process

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify and return that on the _____ day of _____ , 20 _____ , I sent, postage prepaid, by registered return receipt

mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in case CH-_____ to the

defendant _____ On the _____ day of _____ , 20 _____ , I

received the return receipt, which had been signed by _____ on the _____ day of _____ ,

20 _____ The return receipt is attached to this original summons to be filed by the Chancery Court Clerk & Master

| | |
|---|---|
| Sworn to and subscribed before me on this _____ day of _____ , 20 _____ . | Signature of Plaintiff, Plaintiff's attorney or other person authorized by statute to serve process |
| Signature of _____ Notary Public or _____ Deputy Court Clerk | |
| My Commission Expires | |

ATTACH RETURN

RECEIPT HERE

(IF APPLICABLE)

Out-Of-County 4/26/21
Rec'd Date

| STATE OF TENNESSEE 30th JUDICIAL DISTRICT CHANCERY COURT | **SUMMONS\*\*** 79 - | DOCKET NUMBER CH- 21-0504-2 |
|---|---|---|

| Plaintiff | Defendant |
|---|---|
| 5 G Corporation, Inc., et al. | Sprint Communications Company, LP et al |

**TO    (NAME AND ADDRESS OF DEFENDANT)**

Facebook Payments Corporation

Serve: Corporation Service Co.

2908 Poston Avenue

Nashville, TN 37203

RECEIVED
MAY - 4 2021
CHANCERY COURT

Method of Service

☐ Shelby County Sheriff
☐ Private Process Server
☑ Out of County Sheriff
☐ Secretary of State*
☐ Comm Of Insurance*
☐ Certified Mail
☐ Other
    *Attach Required Fees

You are summoned to defend a civil action filed against you in the Chancery Court of Shelby County, Tennessee. Your defense to this action must be made within thirty (30) days from the date this summons is served upon you. You must file your defense with the Clerk of the Court and send a copy to the Plaintiff/Plaintiff's attorney at the address listed below. If you fail to defend this action within thirty (30) days of service, judgment by default may be rendered against you for the relief sought in the complaint. Questions regarding this summons and the attached documents should be addressed to the Attorney/Plaintiff listed below.

| Attorney for Plaintiff or Plaintiff if filing Pro Se (Name, address & telephone number) | ISSUED 16 of April, 20 21 |
|---|---|
| Ted I Jones 11017 | W. Aaron Hall, Clerk and Master |
| 2670 Union Avenue Extended | |
| Suite 1200 | By |
| Memphis, TN 38112 9015682292 | Deputy Clerk & Master |
| | 140 Adams, Room 308    Memphis, TN 38103 |

| TO THE SHERIFF | Came to hand |
|---|---|
| | _____ day of _____, 20 _____ |
| | Sheriff |

## CERTIFICATION (IF APPLICABLE)

| I, W. Aaron Hall, Clerk & Master of the Chancery Court in the State of Tennessee, Shelby County, do certify this to be a true and correct copy of the original summons issued in this case | W. Aaron Hall, Clerk & Master By _____ D C & M |
|---|---|

\*\*Submit one original and one copy for each defendant to be served

♿ If you need accommodations because of a **disability**, please call the ADA Coordinator at ( 901)222-2357
**For questions regarding scheduling or filing, please contact the court.**

Notice of Personal Property Exemption·
TO THE DEFENDANT(S)
        Tennessee law provides a ten thousand dollar ($10,000 00) personal property exemption from execution or seizure to satisfy a judgment If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court The list may be filed at any time and may be changed by you thereafter as necessary, however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list Certain items are automatically exempt by law and do not need to be listed, these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books Should any of these items be seized you would have the right to recover them If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer Please state docket number on list

## RETURN OF SERVICE OF SUMMONS

I hereby certify that I **HAVE** served the within summons

By delivering on the_____day of_____ 4-27-21 , 20____ at____ 8:55 ( am/pm a copy of the

summons and a copy of the Complaint to the following Defendant ___ **Served** ___

at ____ **Served** ____                          Corporation Service Company        **Deonza Cato-Mathews**

____ Corporation Service Company ____                                    **Davidson County Sheriff's Office**

By _____                  **P.O. Box 196383 Nashville, TN. 37219-638**

Signature of person accepting service                    Sheriff or other authorized person to serve process

## RETURN OF NON-SERVICE OF SUMMONS

I hereby certify that I **HAVE NOT** served the within summons

To the named defendant_____because _____

is (are) not to be found in this county after diligent search and inquiry for the following reason(s) _____

This_____day of_____, 20 _____

By Sheriff or other authorized person to serve process

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify and return that on the_____day of_____, 20_____, I sent, postage prepaid, by registered return receipt

mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in case CH-_____to the

defendant_____ On the_____day of_____, 20_____, I

received the return receipt, which had been signed by_____on the_____ day of _____,

20_____ The return receipt is attached to this original summons to be filed by the Chancery Court Clerk & Master

| Sworn to and subscribed before me on this_____day of | Signature of Plaintiff, Plaintiff's attorney or other person authorized by statute to serve process |
|---|---|
| _____, 20_____ | |
| Signature of_____Notary Public or_____ Deputy Court Clerk | |
| My Commission Expires | |

ATTACH RETURN

RECEIPT HERE

(IF APPLICABLE)

Out-Of-County 4/26/21
Rec'd Date

| STATE OF TENNESSEE 30th JUDICIAL DISTRICT CHANCERY COURT | **SUMMONS**** 79 - | DOCKET NUMBER CH- 21-0504 - 2 |
|---|---|---|

| Plaintiff | Defendant |
|---|---|
| 5 G Corporation, Inc., et al. | Sprint Communications Company, LP et al |

| TO   (NAME AND ADDRESS OF DEFENDANT) | Method of Service |
|---|---|
| Google LLC | |
| Serve:  Corporation Service Co. | ☐ Shelby County Sheriff |
| | ☐ Private Process Server |
| 2908 Poston Avenue | ☒ Out of County Sheriff* |
| | ☐ Secretary of State* |
| Nashville, TN  37203 | ☐ Comm Of Insurance* |
| | ☐ Certified Mail |
| | ☐ Other ¨ |
| | *Attach Required Fees |

RECEIVED
MAY - 4 2021
CHANCERY COURT

You are summoned to defend a civil action filed against you in the Chancery Court of Shelby County, Tennessee  Your defense to this action must be made within thirty (30) days from the date this summons is served upon you  You must file your defense with the Clerk of the Court and send a copy to the Plaintiff/Plaintiff's attorney at the address listed below  If you fail to defend this action within thirty (30) days of service, judgment by default may be rendered against you for the relief sought in the complaint  Questions regarding this summons and the attached documents should be addressed to the  Attorney/Plaintiff listed below

| Attorney for Plaintiff or Plaintiff if filing Pro Se (Name, address & telephone number) | ISSUED 16 of April , 20 21 |
|---|---|
| Ted I Jones 11017 | |
| 2670 Union Avenue Extended | W. Aaron Hall, Clerk and Master |
| Suite 1200 | By _____ |
| Memphis, TN 38112 9015682292 | Deputy Clerk & Master |
| | 140 Adams, Room 308   Memphis, TN 38103 |

| TO THE SHERIFF | Came to hand |
|---|---|
| | _____ day of _____ 20__ |
| | Sheriff |

| CERTIFICATION (IF APPLICABLE) | |
|---|---|
| I, W Aaron Hall, Clerk & Master of the Chancery Court in the State of Tennessee, Shelby County, do certify this to be a true and correct copy of the original summons issued in this case | W. Aaron Hall, Clerk & Master By _____ D C & M |

**Submit one original and one copy for each defendant to be served

♿ If you need accommodations because of a **disability**, please call the ADA Coordinator at ( 901)222-2357
**For questions regarding scheduling or filing, please contact the court.**

Notice of Personal Property Exemption·
TO THE DEFENDANT(S)

Tennessee law provides a ten thousand dollar ($10,000 00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court  The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list  Certain items are automatically exempt by law and do not need to be listed, these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books  Should any of these items be seized you would have the right to recover them  If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer  Please state docket number on list

## RETURN OF SERVICE OF SUMMONS

I hereby certify that I **HAVE** served the within summons

By delivering on the_____ day of _____ 4-27- ___, 20 21 at _____ 8'55 ___ am/pm a copy of the

summons and a copy of the Complaint to the following Defendant **Served**

at _____

Corporation Service Company

Deonza Cato-Mathews

**Served**

Corporation Service Company

Davidson County Sheriff's Office

By _____

Signature of person accepting service

P.O. Box 196383 Nashville, TN 37219-6383

Sheriff or other authorized person to serve process

## RETURN OF NON-SERVICE OF SUMMONS

I hereby certify that I **HAVE NOT** served the within summons

To the named defendant_____ because _____

is (are) not to be found in this county after diligent search and inquiry for the following reason(s) _____

This_____ day of _____, 20 _____

By Sheriff or other authorized person to serve process

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify and return that on the_____ day of _____, 20_____, I sent, postage prepaid, by registered return receipt

mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in case CH-_____to the

defendant_____ On the_____ day of _____, 20_____, I

received the return receipt, which had been signed by_____on the_____ day of _____,

20_____   The return receipt is attached to this original summons to be filed by the Chancery Court Clerk & Master

| Sworn to and subscribed before me on this_____ day of | |
|---|---|
| _____, 20_____ . | Signature of Plaintiff, Plaintiff's attorney or other person authorized by statute to serve process |
| Signature of_____Notary Public or_____ Deputy Court Clerk | |
| My Commission Expires | |

ATTACH RETURN

RECEIPT HERE

(IF APPLICABLE)

Out-Of-County
4|26|21
Rec'd Date

| STATE OF TENNESSEE<br>30th JUDICIAL DISTRICT<br>CHANCERY COURT | **SUMMONS\*\*** 79- | DOCKET NUMBER<br>CH-21-0504-2 |
|---|---|---|

| Plaintiff<br><br>5 G Corporation, Inc., et al. | Defendant<br><br>Sprint Communications Company, LP et al |
|---|---|

| TO   (NAME AND ADDRESS OF DEFENDANT)<br>Microsoft Corporation<br><br>Serve: Corporation Service Co.<br><br>2908 Poston Avenue<br><br>Nashville, TN 37203 | Method of Service.<br><br>☐ Shelby County Sheriff<br>☐ Private Process Server<br>☑ Out of County Sheriff\*<br>☐ Secretary of State\*<br>☐ Comm Of Insurance\*<br>☐ Certified Mail<br>☐ Other<br>   \*Attach Required Fees |
|---|---|

RECEIVED
MAY - 4 2021
CHANCERY COURT

You are summoned to defend a civil action filed against you in the Chancery Court of Shelby County, Tennessee  Your defense to this action must be made within thirty (30) days from the date this summons is served upon you  You must file your defense with the Clerk of the Court and send a copy to the Plaintiff/Plaintiff's attorney at the address listed below  If you fail to defend this action within thirty (30) days of service, judgment by default may be rendered against you for the relief sought in the complaint. Questions regarding this summons and the attached documents should be addressed to the  Attorney/Plaintiff listed below

| Attorney for Plaintiff or Plaintiff if filing Pro Se<br>(Name, address & telephone number)<br>Ted I Jones 11017<br><br>2670 Union Avenue Extended<br><br>Suite 1200<br><br>Memphis, TN 38112 9015682292 | ISSUED  16  of  April  , 20 21<br><br>W Aaron Hall, Clerk  and Master<br><br>By _____<br>       Deputy Clerk & Master<br>       140 Adams, Room 308   Memphis, TN 38103 |
|---|---|
| TO THE SHERIFF<br><br>_____<br><br>_____ | Came to hand<br><br>_____ day of _____ , 20__<br><br>Sheriff |

| **CERTIFICATION (IF APPLICABLE)** | |
|---|---|
| I, W Aaron Hall, Clerk & Master of the Chancery Court in the State of Tennessee, Shelby County, do certify this to be a true and correct copy of the original summons issued in this case | W. Aaron Hall, Clerk & Master<br><br>By _____<br>          D C & M |

\*\*Submit one original and one copy for each defendant to be served

♿ If you need accommodations because of a **disability**, please call the ADA Coordinator at ( 901)222-2357
**For questions regarding scheduling or filing, please contact the court.**

**Notice of Personal Property Exemption**
TO THE DEFENDANT(S)
 Tennessee law provides a ten thousand dollar ($10,000 00) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court  The list may be filed at any time and may be changed by you thereafter as necessary, however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list  Certain items are automatically exempt by law and do not need to be listed, these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books  Should any of these items be seized you would have the right to recover them  If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer  Please state docket number on list

## RETURN OF SERVICE OF SUMMONS

I hereby certify that I **HAVE** served the within summons

By delivering on the _____ day of _____ 4-27-21, 20 ____ at ____ F'55 ____ (am/pm) a copy of the

summons and a copy of the Complaint to the following Defendant _____

at _____

Served

Corporation Service Compan'

Deonza Cato-Mathews

Davidson County Sheriff's Office

P.O. Box 196383 Nashville, TN 37219-6383

Signature of person accepting service          By _____ Sheriff or other authorized person to serve process

## RETURN OF NON-SERVICE OF SUMMONS

I hereby certify that I **HAVE NOT** served the within summons

To the named defendant _____ because _____

is (are) not to be found in this county after diligent search and inquiry for the following reason(s) _____

This _____ day of _____, 20 _____

By Sheriff or other authorized person to serve process

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify and return that on the _____ day of _____, 20 _____, I sent, postage prepaid, by registered return receipt

mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in case CH- _____ to the

defendant _____ On the _____ day of _____, 20 _____, I

received the return receipt, which had been signed by _____ on the _____ day of _____,

20 _____ The return receipt is attached to this original summons to be filed by the Chancery Court Clerk & Master

| Sworn to and subscribed before me on this _____ day of _____, 20 _____. Signature of _____ Notary Public or _____ Deputy Court Clerk My Commission Expires | Signature of Plaintiff, Plaintiff's attorney or other person authorized by statute to serve process |
|---|---|

ATTACH RETURN

RECEIPT HERE

(IF APPLICABLE)