# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

5G CORPORATION, INC. and
AMELIA VAUGHN,

    Plaintiffs,

v.      Case No. 2:21-cv-2350-MSN-cgc

SPRINT COMMUNICATIONS COMPANY, L.P.;
APPLE, INC.;
GOOGLE LLC;
MICROSOFT CORPORATION; and
FACEBOOK PAYMENTS, INC.,

    Defendants.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Defendants Apple, Inc. and Sprint Communications Company, L.P.'s Notice of Removal (ECF No. 1), filed May 26, 2021,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Defendant Microsoft Corporation's Motion to Dismiss; Order Granting Defendants Sprint Communications Company, L.P. and Apple Inc.'s Motion to Dismiss; Order Granting Defendant Facebook Payments Inc.'s Motion to Dismiss; and Order Granting Defendant Google LLC's Motion to Dismiss (ECF No. 32), entered March 14, 2022, this matter is hereby **DISMISSED WITH PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

March 14, 2022
Date